UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN AFSCME COUNCIL 25 et al.,

       Plaintiffs,

vs.                                    Case No. 12-CV-12902

                                          HON. GEORGE CARAM STEEH

ANDREW DILLON and ROY ROBERTS,
in their official capacities,

       Defendants.
_____/

ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL
DISMISSAL [DOC. 7] AND DENYING PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT [DOC. 16] WITHOUT PREJUDICE DUE TO ENTRY OF STAY

       The parties appeared before the court for oral argument on defendants' motion for partial dismissal and plaintiffs' motion for partial summary judgment on November 1, 2012. Since that date the parties have participated in global negotiations taking place between the State of Michigan and various unions working toward consensual terms of collective bargaining agreements. For this reason, the parties to this action have requested that the court stay its decision on the pending motions while an agreeable resolution is explored.

       On this date, the court is entering a stipulated order staying the case until March 1, 2013. In conjunction with entry of the stay, the court denies the two pending dispositive motions without prejudice. Should the parties wish to re-file their motions once the stay is lifted, they may do so, and may supplement the motions to incorporate

additional facts that have arisen since the motions were originally filed and argued before the court.  Now, therefore,

IT IS HEREBY ORDERED that defendants' motion for partial dismissal is DENIED WITHOUT PREJUDICE.

IT IS HEREBY FURTHER ORDERED that plaintiffs' motion for partial summary judgment is DENIED WITHOUT PREJUDICE.

Dated:  February 11, 2013

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 11, 2013, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk